UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPH ANTHONY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-859-ACA-GMB |
| ) | |
| GOVERNOR KAY IVEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

On April 5, 2021, the magistrate judge entered a report and recommendation, recommending that the court dismiss without prejudice Plaintiff Joseph Anthony Williams' complaint as barred by the statute of limitations and for failing to state a claim upon which relief can be granted. (Doc. 11). The magistrate judge advised Mr. Williams of his right to file specific written objections within 14 days. (*Id.* at 16–17). To date, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court **WILL DISMISS** this action **WITHOUT PREJUDICE**.

The court will enter a separate final order consistent with this memorandum

opinion.

    **DONE** and **ORDERED** this May 4, 2021.

                                          _____
                                          **ANNEMARIE CARNEY AXON**
                                          UNITED STATES DISTRICT JUDGE